**Robert ROYSTER, Plaintiff—Appellant,**

v.

**Detective P. MCKEON; Detective M. Faulcon; Detective Patchin; Detective Gibney, Defendants—Appellees.**

No. 11–7160.

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 31, 2012.

Decided: Feb. 3, 2012.

Robert Royster, Appellant Pro Se. Dorothy Kibler Leapley, Deputy City Attorney, Raleigh, North Carolina, for Appellees.

Before NIEMEYER, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Royster appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. *Royster v. McKeon*, No. 5:09–ct–03111–BO, 2011 WL 3606459 (E.D.N.C. Aug. 16, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*